# UNITED STATES DISTRICT COURT

Southern District of Illinois

**FILED**
OCT 04 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| GARY V. MOORE | |

Case No. 4:98CR40002-004-JPG

USM No. 04090-025

Judith Kuenneke, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  **as alleged below**  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of Disorderly Conduct | 09/03/2011 |
| Statutory | The defendant tested positive for cocaine | 08/09/2012 |
| Standard # 2 | The defendant failed to submit a complete monthly report | 03/05/2012 |
| Standard # 3 | Defendant failed to provide truthful information to probation | 11/01/2011 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8552

Defendant's Year of Birth: 1964

City and State of Defendant's Residence:
Murphysboro, IL 62966

10/04/2012
Date of Imposition of Judgment

_____
Signature of Judge

J. Phil Gilbert                         District Judge
Name and Title of Judge

October 4, 2012
Date

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: GARY V. MOORE
CASE NUMBER: 4:98CR40002-004-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | The defendant failed to attend counseling sessions. | 07/30/2012 |

Judgment — Page  3  of  3

DEFENDANT: GARY V. MOORE
CASE NUMBER: 4:98CR40002-004-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

24 months (12 months on Count 1 and 12 months on Counts 11 and 14 to run consecutive to Count 1 for a total of 24 months)

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant participate in the Intensive Drug Treatment Program.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL